STATE OF CONNECTICUT *v.* ANTHONY SAIA

The defendant's "Motion to Dismiss" the appeal from the Superior Court in Fairfield County is granted unless the state files its brief on or before June 1, 1976.

The defendant's motion to set aside the judgment of the trial court and to direct the rendition of judgment for the defendant in the appeal from the Superior Court in Fairfield County is denied.

*Rudra Tamm,* for the appellant (defendant).

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

Argued April 6—decided April 6, 1976

LAUREN E. MEYERS ET AL. *v.* LAKERIDGE DEVELOPMENT COMPANY

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Gordon A. Evans,* for the appellees (plaintiffs).

*Gordon H. Buck,* for the appellant (defendant).